## 48635, 48636. GEORGIA POWER COMPANY v. PAULK; and vice versa.

Per curiam.

The controlling question of law in this case was certified to the Supreme Court. The question and the ruling of the Supreme Court are found in *Paulk v. Georgia Power Co.,* 231 Ga. 721. Under that holding the trial court erred in overruling condemnee's motion to dismiss condemnor's motion for new trial.

*Judgment reversed in case No. 48636. Appeal dismissed in Case No. 48635. Hall, P. J., Evans and Clark, JJ., concur.*

Argued October 3, 1973 — Decided March 6, 1974.

*Bennett, Pedrick & Bennett, E. Kontz Bennett, Sr., Mixon & Mixon, Harry Mixon,* for appellant.

*Walters & Davis, W. Emory Walters, Jay, Garden &*

*Sherrell, Robert E. Sherrell,* for appellees.